In the Matter of the Claim of ELIZABETH WILLIAMS, Appellant, against SARA-TOGA COUNTY HIGHWAY DEPARTMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., dissents and votes to reverse the decision of the Workmen's Compensation Board and to remit the matter to the board for the purpose of making an award in favor of the claimant.

In the Matter of the Claim of SIGNE EVANS, Respondent, against HENJES MARINE, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present—Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 1107.]